IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CHRISTY BASSO, HOLLY
FOLEY, and LEIGH BOLTE,**

    **Plaintiffs,**

v.                                      **CASE NO.   4:13-cv-246-MW/CAS**

**CYPRESS RESTORATION, INC.,
d/b/a PAUL DAVIS RESTORATION
OF TALLAHASSEE,**

    **Defendant.**

_____/

## ORDER FOR DISMISSAL

Defendant has filed a Notice of Settlement indicating that Defendant has settled the case with the only remaining Plaintiff; namely, Holly Foley.  ECF No. 78.  Accordingly,

IT IS ORDERED:

1. The parties, Defendant and Foley, must comply with their settlement agreement.

1

2. All claims involving Foley other than for enforcement of the settlement agreement are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

3. Jurisdiction is retained to enforce the order to comply with the settlement agreement.

4. The clerk must enter judgment stating, "The parties, Defendant and Foley, are ordered to comply with their settlement agreement. The court reserves jurisdiction to enforce the order to comply with the settlement agreement. All claims in this case involving Foley are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41."

5. Inasmuch as Foley was the only remaining Plaintiff, the clerk must close the file.

6. A party who objects to the terms of this order or the judgment to be entered based on this order must file a timely motion to alter or amend under Federal Rule of Civil Procedure 59(e).

**SO ORDERED on May 14, 2014.**

s/Mark E. Walker  
**United States District Judge**
